MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Boulevard South, Suite 330
Las Vegas, Nevada 89101
Telephone:(702) 385-3343
Facsimile: (702) 385-2899
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABOVE THE CEILING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN ARCHITECTURAL SERVICES, LLC, a foreign limited liability company; THE HASKELL COMPANY, a foreign corporation; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign non-profit corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; DOES I through XX; ROE CORPORATIONS XXI through XL,<br><br>Defendants. | Case No. 2:15-cv-01766 JAD-GWF<br><br>**JOINT MOTION BY PLAINTIFF AND <s>(PROPOSED)</s> ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO L4 26-4**<br><br>**(SECOND REQUEST)** |
| AND ALL RELATED MATTERS. | |

COMES NOW Plaintiff Above the Ceiling, LLC, and Defendants Western Architectural Services, LLC ("Western Architectural") and Corporation of the President to the Church of Jesus Christ of latter-day Saints (the "LDS Church") (collectively referred to herein as "Defendants", jointly move this honorable Court for an extension of all applicable discovery deadlines. This is the second requested extension of the discovery deadlines.

///

## I.

### Discovery Completed

The parties have submitted initial disclosures, and written discovery has taken place or is underway. Western Architectural has provided responses to Plaintiff's Requests for Production of Documents and Interrogatories. The LDS Church has also responded to Plaintiff's Requests for Production of Documents and Interrogatories. Plaintiff has provided its responses to Defendants' Requests for Production of Documents. The deposition of Jerry Williams was taken on August 3, 2016.

## II.

### Discovery to be Completed

The amount of discovery to be completed will depend in part upon whether the LDS Church remains in the case. This action involves claims by Above the Ceiling that it was not fully paid for work on an LDS temple located in Tijuana, Mexico. The LDS Church has offered proof that it made all payments required of it under the construction contracts, and upon satisfactory information being provided, the LDS Church anticipates that it will no longer be part of this case. Defendants The Haskell Company and Travelers Casualty and Surety Company of America were previously dismissed from the case on October 19, 2015 (Doc. #16)

If the LDS Church remains in the case, it will need to take depositions of Above the Ceiling's corporate representative and seek documents from Above the Ceiling regarding the claims being made in the case.

For its part, Western Architectural anticipates that additional document requests and 2-3 depositions will be necessary. Among the depositions that remain is the deposition of Arturo Spencer, a former Above the Ceiling employee who is alleged to have absconded with substantial funds delivered by Western Architectural for the purpose of paying employees on the jobsite. Western Architectural believes and alleges that Mr. Spencer fled the project in Mexico and may be located in Nevada currently, and it has been attempting to locate and serve him with a deposition Subpoena. Further, the parties are currently in the process of attempting to re-set the depositions of Scott Jones and Tracy M. Jones.

///

### III.

### Reasons Additional Time Is Required and Good Cause Therefore

Good cause exists to extend discovery because the parties have attempted to work toward resolution of the case through both informal and formal discovery, and the parties anticipate that the additional time permitted to complete discovery will allow the full investigation into the facts of payment and work completed at the construction project at issue. In addition, Western Architectural is having difficulty in locating Arturo Spencer and will need additional time in regards to the same.

The parties believe that a **90-day** extension will be sufficient to allow all matters to be investigated so that the parties will have the information necessary to prepare the case for trial if resolution cannot be reached.

### IV.

### Proposed Schedule

The current schedule has discovery closing on September 20, 2016. The parties seek approximately **90** additional days to complete discovery, according to the following proposed schedule:

| | |
|---|---|
| Interim Status Report (LR-26-3): | Already submitted. |
| **Discovery Cutoff:** | **December 12, 2016** |
| Amending Pleadings: | Closed. |
| Initial/Rebuttal Expert Designations: | Closed. |
| **Dispositive Motions:** | **January 18, 2017** |

Pretrial Order: the joint pretrial order shall be filed no later than thirty (30) days after the date for filing dispositive motions. In the event additional dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispostive motions or further order of the court.

///
///
///
///

1  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included
2  in the pretrial order.

3  IT IS SO STIPULATED AND AGREED:

4  Dated this 26th day of September, 2016                Dated this 26th day of September, 2016.

6  //s// Matthew Q. Callister                           //s// David R. Koch
   **MATTHEW Q. CALLISTER, ESQ.**                       **DAVID R. KOCH, ESQ.**
7  Nevada Bar No. 001396                                Nevada Bar No.: 001598
   **MITCHELL S. BISSON, ESQ.**                         **KOCH & SCOW**
8  Nevada Bar No. 011920                                11500 S. Eastern Ave., #210
   **CALLISTER & ASSOCIATES**                           Henderson, NV 89052
9  823 Las Vegas Blvd., South, Ste. 330                 *Attorney for Western Architectural*
   Las Vegas, NV 89103                                  *Services, LLC*
10 *Attorneys for Plaintiffs, Above the Ceiling, LLC*

11 Dates this 26th day of September, 2016

12
   //s// John E. Bragonje
13 **JOHN E. BRAGONJE, ESQ.**
   Nevada Bar No.: 009519
14 **LEWIS ROCA ROTHGERBER LLP**
15 3993 Howard Hughes Pkwy., Suite 600
   Las Vegas, NV 89169
16 *Attorneys for Corporation of the Presiding*
17 *Bishop of The Church of Jesus Christ of Latter-*
   *day Saints; Haskell de Mexico, S.A. de C.V.*
18 *incorrectly names as The Haskell Company; and*
   *Travelers Casualty and Surety Company of*
19 *America*

20
                                **ORDER**
21

22     **IT IS SO ORDERED**

23     Dated this 27th day of    September   , 2016

24

25                                         _George Foley Jr._
                                           UNITED STATES MAGISTRATE JUDGE
26

27                                         Case No. 2:15-cv-01766 JAD-GWF
28