# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABOVE THE CEILING, LLC, | |
| Plaintiff, | Case No. 2:15-cv-01766-JAD-GWF |
| vs. | **ORDER** |
| WESTERN ARCHITECTURAL SERIES, LLC, *et al.*, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The order granting the parties fourth stipulation for extension of time (ECF No. 45) filed on February 7, 2017, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than April 24, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 12, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 5th day of May, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge