# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABOVE THE CEILING, LLC,

         Plaintiff,

vs.

WESTERN ARCHITECTURAL SERIES, LLC, *et al.,*

         Defendant.

Case No. 2:15-cv-01766-JAD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Court Order (ECF No. 50) filed May 5, 2017, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than May 29, 2017. There are no dispositive motions pending and the parties have not engaged in a settlement conference. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 10, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED THIS 3rd day of November, 2017.

                                                        GEORGE FOLEY, JR.
                                                        UNITED STATES MAGISTRATE JUDGE