# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABOVE THE CEILING, LLC, | |
| Plaintiff, | Case No. 2:15-cv-01766-JAD-GWF |
| vs. | **ORDER** |
| WESTERN ARCHITECTURAL SERIES, LLC, *et al.*, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On November 3, 2017, the Court ordered that the parties file the Joint Pretrial Order on or before November 10, 2017 (ECF No. 58). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **December 8, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 1st day of December, 2017.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE