**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No.: 1396
matt@callcallister.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No.: 11920
mbisson@callcallister.com
**CALLISTER & ASSOCIATES**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
*Attorneys for Plaintiff/Counter-Defendant*
*Above the Ceiling, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABOVE THE CEILING, LLC, a Nevada limited liability company, | Case No.: 2:15-cv-01766-JAD-GWF |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE JOINT PRETRIAL ORDER |
| WESTERN ARCHITECTURAL SERVICES, LLC, a Utah limited liability company; THE HASKELL COMPANY, a foreign corporation; CORPORATION OF THE PRESIDENT TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, foreign non-profit corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; DOES I through XX; and ROE CORPORATIONS XXI through XL, | |
| Defendants. | |
| WESTERN ARCHITECTURAL SERVICES, LLC, a Utah limited liability company, | |
| Counterclaimant, | |
| vs. | |
| ABOVE THE CEILING, LLC, a Nevada limited liability company, | |
| Counter-defendant, | |

Plaintiff Above the Ceiling, LLC ("ATC") and Defendant Western Architectural Services, LLC ("Western Architectural") hereby stipulate and request a 90 day extension (while the parties finalize settlement documents) from November 10, 2017 to file a joint pretrial order on the above-referenced case to February 8, 2018.

The Parties further stipulate to stay any and all pending trial hearings and deadlines.

DATED this 7th day of December, 2017.        **CALLISTER & ASSOCIATES**

/s/ Mitchell S. Bisson
Mitchell S. Bisson, Esq.
*Attorneys for Plaintiff/Counter-Defendant*
*Above the Ceiling, LLC*

DATED this 7th day of December, 2017.        **KOCH & SCOW, LLC**

/s/ David R. Koch
David R. Koch, Esq.
*Attorneys for Defendant/Counter-claimant*
*Western Architectural Services, LLC*

DATED ___December 8___, 2017.        **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE