MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No.: 1396
matt@callcallister.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 11920
mbisson@callcallister.com
**CALLISTER & ASSOCIATES**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
*Attorneys for Plaintiff/Counter-Defendant
Above the Ceiling, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABOVE THE CEILING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN ARCHITECTURAL SERVICES, LLC, a Utah limited liability company; THE HASKELL COMPANY, a foreign corporation; CORPORATION OF THE PRESIDENT TO THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, foreign non-profit corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; DOES I through XX; and ROE CORPORATIONS XXI through XL,<br><br>Defendants.<br><br>WESTERN ARCHITECTURAL SERVICES, LLC, a Utah limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>ABOVE THE CEILING, LLC, a Nevada limited liability company,<br><br>Counter-defendant, | Case No.: 2:15-cv-01766-JAD-GWF<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE JOINT PRETRIAL ORDER (SECOND REQUEST)<br><br>ECF No. 63 |

Plaintiff Above the Ceiling, LLC ("ATC") and Defendant Western Architectural Services, LLC ("Western Architectural") hereby stipulate and request a 90 day extension (while the parties finalize settlement documents) from February 8, 2018 to file a joint pretrial order on the above-referenced case to May 9, 2018. The reason for this request is due to Plaintiff's recent liver transplant which has caused delay in finalizing settlement documents.

The Parties further stipulate to stay any and all pending trial hearings and deadlines.

DATED this 5th day of February, 2018.  **CALLISTER & ASSOCIATES**

/s/ Mitchell S. Bisson
Mitchell S. Bisson, Esq.
*Attorneys for Plaintiff/Counter-Defendant*
*Above the Ceiling, LLC*

DATED this 5th day of February, 2018.  **KOCH & SCOW, LLC**

/s/ David R. Koch
David R. Koch, Esq.
*Attorneys for Defendant/Counter-claimant*
*Western Architectural Services, LLC*

### ORDER

Based on the parties' stipulation [ECF No. 63] and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the joint pretrial order is extended to May 9, 2018. The parties have until May 9, 2018, to file either the joint pretrial order or a stipulation and proposed order dismissing this case.

_____
U.S. District Judge Jennifer A. Dorsey
February 5, 2018

330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899