UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABOVE THE CEILING, LLC,<br><br>Plaintiff,<br>v.<br><br>WESTERN ARCHITECTURAL SERVICES, *et al.*,<br>Defendants. | Case No. 2:15-cv-01766-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Koch & Scow LLC's Motion to Withdraw as Counsel (ECF No.70) for Defendant Western Architectural Services, LLC, filed on October 17, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Koch & Scow LLC's Motion to Withdraw as Counsel (ECF No.70) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Western Architectural Services, LLC must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant has until **November 30, 2018** to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Western Architectural Services, LLC to the civil docket:

   **Western Architectural Services, LLC**
   **527 W. 600 S. Ste 700**
   **Salt Lake City, UT 84101**

1

2. Serve Defendant Western Architectural Services, LLC with a copy of this order at their last known address listed above.

Dated this 1st day of November, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE